**REBEKKA R. MARTORANO (SBN 173600)**
rmartorano@ryanlg.com
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Plaintiff AUGUSTAR LIFE ASSURANCE CORPORATION

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTAR LIFE ASSURANCE CORPORATION, f/k/a Ohio National Life Assurance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN M. PIERCE and KELLI O. JOEL,<br><br>Defendants. | Case No. 2:24-cv-02917-CSK<br><br>[~~PROPOSED~~] **MODIFIED** ORDER GRANTING AUGUSTAR LIFE ASSURANCE CORPORATION'S MOTION FOR LEAVE TO DEPOSIT ITS ADMITTED LIABILITY<br><br>DATE: December 3, 2024<br>TIME: 10 a.m.<br>DEPT: 25<br><br>The Honorable Chi Soo Kim |

This cause comes on the motion of AuguStar Life Assurance Corporation, f/k/a Ohio National Life Assurance Corporation ("AuguStar"), for leave to deposit its admitted liability (Doc. No. 3).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. AuguStar Life Assurance Corporation is granted leave to deposit with the Clerk of this Court its admitted liability on Policy No. 7160225 in the amount of $750,000.00, plus applicable interest, if any, *nunc pro tunc* to October 22, 2024, the date the Complaint for Interpleader was filed.

///

///

///

2.	The Clerk of this Court shall accept the aforesaid check and shall receive such funds into the Registry of this Court for ultimate disposition by further order of this Court in the above-styled action.

3.	In addition, in accordance with the above, IT IS HEREBY ORDERED that the hearing noticed to take place on December 3, 2024, is vacated.

Dated:  November 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, augu.2917.24